UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EON-NET LP, | Case No. 06-00881 JCS |
| Plaintiff(s), | |
| v. | **ORDER TO ADMINISTRATIVELY CLOSE THIS CASE** |
| SAWHORSE ENTERPRISES INC, | |
| Defendant(s). | |

This case was transferred from the Southern District of New York on February 9, 2006. The Court finds that this case is a duplicate case of C06-0776 EMC that had already been transferred to this district on February 3, 2006.

IT IS HEREBY ORDERED THAT case C06-0881 JCS shall be administratively closed.

IT IS SO ORDERED.

Dated: March 1, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge